IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 04-MK-1849 (OES)

CAVITAT MEDICAL TECHNOLOGIES, INC., and
ROBERT J. JONES,

      Plaintiffs,

v.

AETNA, INC.,

      Defendant.

---

## ORDER DENYING MOTION TO DISMISS, AS MOOT

---

THIS MATTER comes before the Court on the Defendant's "Request for Entry of Order of Dismissal with Prejudice Pursuant to the Court's Order of May 16, 2005" (filed June 17, 2005) asking the Court to dismiss the Plaintiffs' racketeering claims. Because the Court has already dismissed the Plaintiffs' racketeering claims,

**IT IS ORDERED** that Defendant's "Request for Entry of Order of Dismissal with Prejudice Pursuant to the Court's Order of May 16, 2005" (filed June 17, 2005) is **DENIED**, as

moot.

Dated this 17th day of June, 2005.

**BY THE COURT:**

Marcia S. Krieger
United States District Judge