IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-CV-1849-MSK-OES

CAVITAT MEDICAL TECHNOLOGIES, INC., and
ROBERT J. JONES,

Plaintiff(s),

vs.

AETNA, INC.,

Defendant(s).

---

ORDER DENYING PLAINTIFF'S
MOTION FOR RECONSIDERATION

---

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated:  June 21, 2005

Plaintiff has filed a Motion for Reconsideration of my order of May 24, 2005. In my order, I directed that the deposition of Dr. Robert Baratz be sealed and not be released to plaintiff's counsel for distribution to other attorneys in unrelated matters. Defendant objects to the motion for reconsideration, and raises numerous reasons as to why the deposition should remain sealed.

A motion for reconsideration provides the court with an opportunity to correct "manifest errors of law or fact and to review newly discovered evidence." Dees v. Wilson, 796 F.Supp. 474, 475 (D.Kan. 1992), aff'd 13 F.3d 405 (10th Cir. 1993).  There are three circumstances in which a court may appropriately grant a motion for reconsideration: (1) where the court made a manifest error of fact or law; (2) where there is newly discovered evidence; and (3) where there has been a change in the law.

Renfro v. City of Emporia Kan., 732 F.Supp. 1116, 1117 (D.Kan. 1990), aff'd, 948 F.2d 1529 (10th Cir 1991).  A party's failure to present its strongest case in the first instance does not entitle it to a second chance in the form of a motion to reconsider.  Id.  "[A] motion for reconsideration is not a license for a losing party's attorney to get a 'second bite at the apple' and make legal arguments that could have been raised before."  Mantle Ranches, Inc. v. United States Park Service, 950 F.Supp. 299, 300 (D.Colo. 1997) (quotation omitted).

Plaintiff has not presented any evidence that reconsideration of my order is justified for one of the three above reasons.  I will therefore deny plaintiff's motion.

## CONCLUSION

It is therefore ORDERED that plaintiff's Motion for Reconsideration of Order re Baratz Deposition Transcript [filed May 27, 2005] is DENIED.

Dated at Denver this day of June 21, 2005

BY THE COURT:

S/O. Edward Schlatter
_____

O. Edward Schlatter
U.S. Magistrate Judge