IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01849-MSK-OES

CAVITAT MEDICAL TECHNOLOGIES, INC., and
ROBERT J. JONES,

Plaintiff(s),

vs.

AETNA, INC.,

Defendant(s).

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated:  August 12, 2005

Defendants' Unopposed Motion to Amend the Scheduling Order [Doc. #98, filed 8/8/05] is GRANTED, and the Scheduling Order is amended as follows:

- Aetna's Designation of Experts:   October 31, 2005
- Discovery Cutoff:   December 9, 2005
- Dispositive Motions Deadline:   January 16, 2006
- Settlement Conference:   December 7, 2005, at 10:30 a.m.