IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01849-MSK-OES

CAVITAT MEDICAL TECHNOLOGIES, INC., and
ROBERT J. JONES,

Plaintiff(s),

vs.

AETNA, INC.,

Defendant(s).

ORDER VACATING HEARING OF NOVEMBER 28, 2005

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER

The hearing of November 28, 2005, is hereby VACATED. Written orders on plaintiff's motions have been issued contemporaneously with the issuance of this Minute Order.

Candidly, I decided to issue written orders, instead of sparing myself this burden by issuing oral rulings from the bench, because I am weary of listening to the whining and carping between counsel, including the exchange of personal barbs, that has characterized all of the previous *lengthy* hearings in this case.

Counsel are aware that I encourage the resolution of disputes through quick, off-the-record telephone conferences. That procedure is not appropriate in this case, and counsel for neither side should bother to attempt to set such a conference.

I extend the offer of "quickie" telephone conferences for circumstances where the lawyers are otherwise cooperating with one another, but simply have reached a point

where they have a reasonable, but limited, disagreement over a discovery or scheduling matter, and the lawyers have a mutual desire to have me issue a quick ruling to resolve the dispute so that they can get on with their business.  The lawyers in this case are "not otherwise cooperating with one another," and doubtless would not wish to receive a ruling from me unless the arguments (read, "lengthy arguments") and my ruling have been placed on the record.

I am not saying that I may never conduct hearings in this case.  I am saying that if I can avoid them, I will.

Dated at Denver, Colorado, this day of:  November 28, 2005

BY THE COURT:

s/ O. Edward Schlatter

_____
O. Edward Schlatter
United States Magistrate Judge