IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01849-MSK-OES

CAVITAT MEDICAL TECHNOLOGIES, INC.,

Plaintiff and Counterclaim Defendant, and

ROBERT J. JONES,

Counterclaim Defendant,

v.

AETNA, INC.,

Defendant and Counterclaim Plaintiff.

## MINUTE ORDER

**Entered by O. Edward Schlatter, United States Magistrate Judge, on December 6, 2005.**

Based upon the plaintiff/counterclaim defendants' filing of an Amended Motion For Reconsideration Of Order Denying Plaintiff's Motion For Contempt [Docket #196], the plaintiff/counterclaim defendants' Motion For Reconsideration Of Order Denying Plaintiff's Motion For Contempt [Filed December 5, 2005; Docket #195] is **DENIED** as **MOOT**.

Having considered the motion, and the entire record herein, the plaintiff/counterclaim defendants' Amended Motion For Reconsideration Of Order Denying Plaintiff's Motion For Contempt [Filed December 6, 2005; Docket #196] is **DENIED**.