**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Civil Action No. 04-cv-1849-MSK-OES**

**CAVITAT MEDICAL TECHNOLOGIES, INC.,**

      **Plaintiff and Counterclaim-Defendant,**

v.

**AETNA, INC.,**

      **Defendant and Counterclaim-Plaintiff.**

___

**AETNA, INC.,**

      **Third-Party Plaintiff,**

v.

**ROBERT J. JONES,**

      **Third-Party Defendant.**

___

**ORDER DEFERRING FILING OF OBJECTION TO
AND PAYMENT OF SANCTIONS**

___

      **THIS MATTER** comes before the Court upon the Motion for Leave to Defer Payment or Filing of Objection to Amount of Attorney's Fees Claimed by Defendant filed by Plaintiff and Counterclaim-Defendant CAVITAT Medical Technologies, Inc. and Third-Party Defendant Robert J. Jones; and

      Upon the record herein and the arguments and submissions of the parties;

      **THIS COURT FINDS** that the Motion should be granted for good cause shown.

      **IT IS ORDERED** that, the filing of objections to the amount of or the payment of

1

attorney's claimed by the defendant (Doc. 208) by Plaintiff and Counterclaim-Defendant CAVITAT Medical Technologies, Inc. and Third-Party Defendant Robert J. Jones is deferred until 10 days following the entry of a ruling by the Court upon the pending Objections (Docs. 200, 205, and 209) to the Orders (Docs. 185 and 186).

The Order entered December 20, 2005, at docket number 214, is VACATED and is replaced by this Order.

Signed this 20th day of December, 2005.

s/ O. Edward Schlatter

_____
**O. EDWARD SCHLATTER, MAGISTRATE JUDGE**
UNITED STATES DISTRICT COURT