IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-01849-MSK-OES

CAVITAT MEDICAL TECHNOLOGIES, INC.,

    Plaintiff and Counterclaim Defendant,

v.

AETNA, INC.,

    Defendant and Counterclaimant.

---

AETNA, INC.

    Third-Party Plaintiff,

v.

ROBERT J. JONES,

    Third-Party Defendant.

---

**ORDER AND NOTICE OF HEARING ON LAW AND MOTION CALENDAR**

---

**IT IS ORDERED** that:

The following matter is set for hearing on the law and motion calendar of Judge Marcia S. Krieger to be held on **January 12, 2006 at 9:00 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, 9th Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. The matter is set for a non-evidentiary hearing of not more than 15 minutes. The parties shall be prepared to address the motion to withdraw **(#217)** filed by counsel for Cavitat Medical Technologies and Robert J. Jones. Counsel shall *bring their*

*calendars*.

**Counsel for Cavitat Medical Technologies and Robert J. Jones shall serve a copy of this Order on Mr. Jones by facsimile no later than 5:00 p.m. on January 4, 2006**. If timely arrangements are made, Mr. Jones may appear at this hearing by telephone. To appear telephonically, Mr. Jones shall contact Maureen Nelson, at **303-335-2185** no later than two court days before the hearing to make telephone arrangements. Due to other matters scheduled before or at the same hearing time, a telephonic hearing may be delayed. If appearing by telephone, Mr. Jones shall remain available until contacted by the court.

Dated this 3rd day of January, 2006

**BY THE COURT:**

Marcia S. Krieger
United States District Judge