IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-01849-MSK-MEH

CAVITAT MEDICAL TECHNOLOGIES, INC.,

    Plaintiff,

v.

AETNA, INC.,

    Defendant.

___

**ORDER DENYING MOTION FOR SUBSTITUTION OF COUNSEL, AS MOOT**
___

THIS MATTER comes before the Court on the Plaintiff's motion **(#290)** requesting leave to substitute counsel. D.C.COLO.LCivR 83.3 does not authorize the substitution of counsel. Nevertheless, the Court has already granted Plaintiff's prior counsel leave to withdraw effective February 27, 2006. Because new counsel has filed an entry of appearance, no further relief is required.

**IT IS THEREFORE ORDERED** that the motion **(#290)** is **DENIED**, as moot.

Dated this 27th day of February, 2006

                        **BY THE COURT:**

                        */s/ Marcia S. Krieger*
                        _____
                        Marcia S. Krieger
                        United States District Judge