IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01849-MSK-MEH

CAVITAT MEDICAL TECHNOLOGIES, INC.,

    Plaintiff,

v.

AETNA, INC.,

    Defendant.

## ORDER ON DISCOVERY ISSUES

**Entered by Michael E. Hegarty, United States Magistrate Judge.**

This case comes before the Court for a Status Conference held on March 7, 2006, regarding the discovery schedule issued by the Court on February 28, 2006 (Docket #297). Pursuant to the Court's Order, Plaintiff's Counsel provided Defendant's Counsel with a list of dates for which various witnesses were available for depositions in March. Due to scheduling difficulties and in light of District Judge Marcia Krieger's Order moving the date of the Final Pretrial Conference to May 18, 2006, the Court modifies its Order as follows:

1. Discovery, for the purpose of deposing the witnesses listed herein, is extended into April 2006, however, because Judge Krieger has ordered that the Proposed Pretrial Order be submitted by March 31, 2006 (Docket #315), the parties are *strongly* encouraged to complete most of the discovery by **March 31, 2006**, leaving as little discovery as possible for April.

2. Counsel for both parties are encouraged to telephone witnesses together in order to efficiently set deposition dates. However, Plaintiff's counsel shall provide to Defendant's counsel no later than Friday, March 10, 2006, a list of all available dates for each witness during March and into the month of April 2006. The Court requires that **all** available dates for **each** witness be provided to Defendant's counsel, not simply two dates for each witness.

3. The list provided to Defendant's Counsel by Plaintiff's Counsel on March 10, 2006, shall include all available dates for the following witnesses: (1) Philip J. Phillips; (2) Larry R. Pilot; (3) Dr. Hyo Tony Lim; (4) James Gordon; (5) Claygency; (6) Robert J. Jones, individually; (7) Robert J. and Sarah Jones as the Rule 30(b)(6) designees of Cavitat; (8) Dr. William Glaros; (9) Dr. Thomas Colpitts; (10) Timothy Bolen; and (11) Robert Y. Jones.

4. Plaintiff's Counsel shall identify Cavitat's 30(b)(6) designee for each topic listed in the Rule 30(b)(6) Notice to Defendant's Counsel no later than March 14, 2006.

5. Generally, Defendant is entitled to depose Plaintiff in the forum in which Plaintiff brought this lawsuit. As such, the 30(b)(6) depositions and the individual deposition of Robert J. Jones are to take place in Denver, Colorado. The Court recognizes the difficulty this may present to Robert J. and Sarah Jones who are experiencing health complications. However, because Cavitat chose to file this lawsuit in the District of Colorado, Cavitat's representatives must makes themselves available in this District, unless Plaintiff files a Doctor's Affidavit with the Court declaring that either Robert J. or Sarah Jones is medically unable to travel. If such an affidavit is necessary, the affidavit is to be filed with the Court no later than five business days prior to the date scheduled for the deposition of that witness. The Court may contact the doctor directly, if necessary, to determine whether the location of the deposition is to be changed.

The Court expects the parties to work together to set the dates for these depositions as quickly as possible and to do so in a professional manner, as required and expected of all Counselors admitted to practice before the United States District Court, District of Colorado.

IT IS SO ORDERED:

Dated at Denver, Colorado, this 7th day of March, 2006.

BY THE COURT:

s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge