IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-01849-MSK-MEH

CAVITAT MEDICAL TECHNOLOGIES, INC.,

    Plaintiff,

v.

AETNA, INC.,

    Defendant.

_____

**ORDER ALLOWING WITHDRAWAL OF DANIEL S. HOFFMAN
AND ERIC FISHER**
_____

    THIS MATTER comes before the Court on the Amended Motion **(#324)** of Daniel S. Hoffman and Eric Fisher to allow them to withdraw as counsel for Plaintiff's counsel, the Walter L. Gerash Law Firm, P.C., Walter L. Gerash, Esq., James F. Scherer, Esq. and Andrew B. Reid, Esq., and the Court finding good cause therefor,

    ORDERS that Daniel S. Hoffman and Eric Fisher are allowed to withdraw as counsel for Plaintiff's counsel, the Walter L. Gerash Law Firm, P.C., Walter L. Gerash, Esq., James F. Scherer, Esq. and Andrew B. Reid, Esq.

DATED this 15th day of March 2006.

                                    **BY THE COURT:**

*/s/ Marcia S. Krieger*

                                    Marcia S. Krieger
                                    United States District Judge