IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-01849-MSK-MEH

CAVITAT MEDICAL TECHNOLOGIES, INC.,

    Plaintiff,

v.

AETNA, INC.,

    Defendant.

_____

### ORDER DENYING PLAINTIFF CAVITAT'S MOTION TO FILE EXHIBIT APPENDIX IN CD FORMAT DIRECTLY WITH THE COURT AS "CONVENTIONALLY SUBMITTED MATERIALS"

_____

**THIS MATTER** comes before the Court pursuant to Plaintiff, CAVITAT Medical Technologies, Inc.'s ("Cavitat") Unopposed Motion to File Exhibit Appendix in CD Format Directly with the Court as "Conventionally Submitted Materials **(#337)** ("Motion") in support of Cavitat's Response to the Motion for Summary Judgment (DKT #s 257 & 258) filed by Aetna, Inc.

The Court, having considered the convenience to counsel, the public's right to access to all filed documents in the court record and the utility of paper copies of such documents in the decisional process, **DENIES** the motion. Any documents filed in conjunction with dispositive motions shall be filed electronically in accordance with the Court's ECF Procedures. Counsel

shall provide a courtesy hard copy of all such documents to chambers at the time of filing.

DATED this 23rd day of March 2006.

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge