IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-01849-MSK-MEH

CAVITAT MEDICAL TECHNOLOGIES, INC.,

    Plaintiff,

v.

AETNA, INC.,

    Defendant.

## ORDER DENYING MOTION TO COMPEL AND SETTING DEADLINES

THIS MATTER comes before the Court on the Plaintiff's Motion to Compel Aetna, Inc. to Serve its Draft Proposed Final Pretrial Order **(#359)**. Having considered the same, the Court

**FINDS** and **CONCLUDES** that:

The Court previously ordered the parties to submit their proposed final pretrial order on March 31, 2006. The Plaintiff ("Cavitat") asks the Court to compel the Defendant ("Aetna") to immediately serve its proposed final pretrial order upon Cavitat so that it can review the draft prior to such deadline.

The Court did not previously impose a deadline for an exchange of drafts. To facilitate Cavitat's review of Aetna's draft and to allow the parties an opportunity to merge their proposals into a single draft,

**IT IS ORDERED** that:

(1)    The Motion to Compel **(#359)** is **DENIED**.

(2)    Aetna shall serve a copy of the draft proposed final pretrial order upon Aetna no

later than close of business on **March 31, 2006.**

(3)     The parties shall file the proposed final pretrial order to the Court no later than close of business on **April 7, 2006**.

Dated this 27th day of March, 2006

                                        **BY THE COURT:**

*Marcia S. Krieger*
_____
Marcia S. Krieger
United States District Judge