IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-01849-MSK-MEH

CAVITAT MEDICAL TECHNOLOGIES, INC.,

    Plaintiff,

v.

AETNA, INC.,

    Defendant.

_____

**ORDER DISMISSING ALL CLAIMS WITH PREJUDICE AND CLOSING CASE**
_____

THIS MATTER comes before the Court on the Joint Motion and Stipulation for Entry of Order of Dismissal With Prejudice **(#394)** of Cavitat Medical Technologies, Inc. ("Cavitat") and Aetna, Inc. ("Aetna"). The parties request the entry of an Order of Dismissal With Prejudice, each party to bear its own costs of court.

IT IS THEREFORE ORDERED THAT:

Cavitat's claims against Aetna are dismissed with prejudice. Each party shall bear its own costs of court and attorneys' fees. The Clerk shall close this case.

Dated this 28th day of April 2006.

                                        **BY THE COURT:**

                                        */s/ Marcia S. Krieger*
                                        _____

                                        Marcia S. Krieger
                                        United States District Judge