IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-01849-MSK-MEH

CAVITAT MEDICAL TECHNOLOGIES, INC.,

      Plaintiff,

v.

AETNA, INC.,

      Defendant.

---

## ORDER DIRECTING NO FURTHER CORRESPONDENCE WITH THE COURT

---

Last week, the parties reached a settlement as to all claims and this case was closed. Nevertheless, counsel persist in copying the Court as to their e-mail correspondence, which is inappropriate for a host of reasons.

**IT IS THEREFORE ORDERED** that counsel for the parties shall immediately cease copying the Court with their e-mail correspondencce.  Failure to comply with this Order may result in a finding of civil contempt.

Dated this 1st day of May, 2006

      **BY THE COURT:**

      *Marcia S. Krieger*

      Marcia S. Krieger
      United States District Judge